John M. Begakis, Esq. (SBN 278681)
john@altviewlawgroup.com
Veronica H. Hartling, Esq. (SBN 357390)
sheena@altviewlawgroup.com
**ALTVIEW LAW GROUP, LLP**
9454 Wilshire Blvd., Suite 825
Beverly Hills, California 90212
Telephone: (310) 230-5580
Facsimile: (562) 275-8954

*Attorneys for Plaintiff* HYPHY MUSIC, INC., a California corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPHY MUSIC, INC., a California corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>VIRGIN MUSIC GROUP SERVICES, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO:<br><br>**COMPLAINT FOR:**<br><br>1. **Copyright Infringement Under §§ 101 & 106 of the 1976 Copyright Act**<br><br>2. **Declaratory Relief**<br><br>3. **Unfair Competition in Violation of California Business and Professions Code §§ 17200, *et seq.*** |

COMPLAINT

Plaintiff HYPHY MUSIC, INC., a California corporation ("Hyphy"), by and through its undersigned counsel of record, hereby alleges the following:

## THE PARTIES

1. Plaintiff Hyphy is, and at all relevant times herein was, a corporation organized under the laws of the State of California, with its principal place of business located at 2727 N. Grove Industrial Drive, #155, Fresno, California 93727.

2. Hyphy is informed and believes and, on the basis of such information and belief, alleges that Defendant VIRGIN MUSIC GROUP SERVICES, INC. ("Virgin") is the successor-in-interest of INGROOVES MUSIC GROUP ("Ingrooves"), and at all relevant times herein was, a corporation duly organized and existing under and by virtue of the laws of the State of Delaware.

3. The true names and capacities of DOES 1 through 10, inclusive, whether individual, corporate, associate or otherwise, are unknown to Hyphy at this time, who therefore sues said defendants by such fictitious names, and when the true names, capacities, and relationships of such defendants are ascertained, Hyphy will ask for leave of Court to amend this Complaint to assert the same.

4. Hyphy is informed and believes and, on the basis of such information and belief, herein alleges that each defendant named in this Complaint was, at all times herein mentioned, and now is, the agent and/or employee of each of the other defendants herein, and was at all times acting within the course and scope of said agency and/or employment. When referring to "Defendants" herein, Hyphy intends to include Virgin, and all other defendants.

## JURISDICTION & VENUE

5. This Court has subject matter jurisdiction over Hyphy's claims pursuant to 15 U.S.C. § 1121(a) and 28 U.S.C. § 1338 because this lawsuit arises from a claim for copyright infringement under the 1976 Copyright Act, 17 U.S.C. § 501. Additionally, this Court has supplemental jurisdiction over all additional non-federal claims, pursuant to 28 U.S.C. § 1367.

6. This Court has personal jurisdiction over Defendants because, among other things, Defendants are doing business in the State of California and in this judicial district, the acts of infringement complained of herein occurred in the State of California and in this judicial district, and Defendants have caused injury to Hyphy and its intellectual property within the State of California and in this judicial district.

7. Venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the Complaint occurred in this District.

## FACTS COMMON TO ALL CAUSES OF ACTION

8. Hyphy is a record label in the business of producing, manufacturing, distributing, streaming, selling, and/or licensing the distribution and performance of sound recordings in the United States.

9. Hyphy is the owner of all right, title, and interest in and to all of the master sound recordings contained on the following albums recorded by various musical groups, each of which is registered with the United States Copyright Office as a compilation work:

- *Exitos de oro / Los Incomparables de Tijuana*, Registration No. SR0000251671; and
- *Exitos Nortenos / Los Incomparables de Tijuana*, Registration No. SR0000320027

(collectively, the "Works"). True and correct copies of each Work's registration information, as it appears in the U.S. Copyright Office's records, is attached hereto as Exhibit "A" and incorporated herein by this reference.

10. In or about March of 2023, Hyphy discovered that InGrooves had been unlawfully distributing or otherwise commercially exploiting the Works without authorization from Hyphy, including through various digital service providers ("DSPs") such as Spotify.

11. Accordingly, on or about March 24, 2023, Hyphy notified Spotify of

2
COMPLAINT

Hyphy's claim to exclusive rights in the Works. In response, Spotify informed Hyphy of InGrooves' distribution of the Works. Therefore, on or about October 19, 2023, Hyphy notified InGrooves of its ownership of the Works, and demanded that InGrooves immediately remove any unauthorized and infringing versions of the Works and provide Hyphy with an accounting of its exploitation of the Works.

12. Defendant Virgin failed and refused to comply with, or even respond to, Hyphy's demand, or take any action at all to remedy their infringing activities. Accordingly, this Complaint results.

## FIRST CAUSE OF ACTION

## Copyright Infringement Under §§ 101 & 106 of the 1976 Copyright Act

## (By Plaintiff Against All Defendants)

13. Hyphy repeats, realleges, and incorporates herein by this reference each and every allegation contained in ¶¶ 1 through 12, as though set forth in full herein.

14. As alleged herein, Defendants knowingly infringed Hyphy's copyright in the Works, pursuant to 17 U.S.C. §§ 106 and 501. Each such infringement constitutes a separate and distinct act of infringement.

15. Each of Defendants' separate and distinct acts of infringement were willful, intentional, and purposeful, and conducted with a conscious disregard of, and with indifference to, Hyphy's rights in the Works.

16. As a direct and proximate result of such acts of infringement by Defendants, Hyphy is entitled to actual damages in an amount to be proven at trial.

17. Alternatively, Hyphy is entitled to the maximum statutory damages, in the amount of $150,000 for each work infringed, or in some other amount as may be deemed proper under 17 U.S.C. § 504.

18. Hyphy is also entitled to Defendants' profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b), including an accounting of, and institution of a constructive trust for, such profits.

19. Hyphy is further entitled to its reasonable attorneys' fees and costs

incurred in connection with prosecuting this matter, pursuant to 17 U.S.C. § 505.

## SECOND CAUSE OF ACTION

### Declaratory Judgment

### (By Plaintiff Against All Defendants)

20. Hyphy repeats, realleges, and incorporates herein by this reference each and every allegation contained in ¶¶ 1 through 19, as though set forth in full herein.

21. An actual controversy exists between Hyphy and Defendants regarding Hyphy's ownership of, and right to therefor exclusively exploit, the Works.

22. Hyphy reasonably anticipates litigation regarding the Works, as well as Hyphy's right to own and exploit the same to the exclusion of Defendants. Accordingly, Hyphy requests that this Court grant declaratory relief, declaring that Hyphy is the true, rightful, sole, and exclusive owner of the Works, and that Defendants therefore have no right to exploit the same.

23. Hyphy is informed and believes and, on the basis of such information and belief, herein alleges that Defendants' wrongful activities have caused, and unless enjoyed by this Court will continue to cause, irreparable injury and other damages to Hyphy's business, reputation, and goodwill. Hyphy has no adequate remedy at law.

## THIRD CAUSE OF ACTION

### Unfair Competition in Violation of Cal. Bus. And Prof. Code §§ 17200, *et seq*.

### (By Plaintiff Against All Defendants)

24. Hyphy repeats, realleges, and incorporates herein by this reference each and every allegation contained in ¶¶ 1 through 23, as though set forth in full herein.

25. Defendants' conduct as alleged herein, including infringement of the Works, has been and continues to be unlawful and harmful to Hyphy and to the general public. Hyphy therefore seeks to enforce important rights affecting the public interest within the meaning of California Code of Civil Procedure ("CCP") § 1021.5.

26. A violation of Cal. Bus. and Prof. Code §§ 17200, *et seq*. may be predicated on the violation of any state or federal law. In the instant case, Defendants'

infringement of the Works violates federal law.

27. Hyphy has been personally aggrieved by Defendants' unlawful business acts and practices, as alleged herein, including, but not limited to, the loss of money and/or property.

28. Pursuant to Cal. Bus. and Prof. Code §§ 17200, *et seq.*, CCP § 1021.5, and other applicable laws, Hyphy is entitled to an award of reasonable attorneys' fees and costs against Defendants.

## **PRAYER FOR RELIEF**

WHEREFORE, Hyphy prays for judgment against Defendants, and each of them, jointly and severally as follows:

1. For this Court to declare, adjudge, and decree that Defendants violated Cal. Bus. and Prof. Code §§ 17200, *et seq.*;

2. For an accounting, and payment to Hyphy, of all gains, profits, and advantages derived from Defendants as a result of Defendants' infringement of the Works and/or unjust enrichment;

3. For damages and lost profits according to proof at trial, or, in the alternative, for maximum statutory damages in the amount of $150,000 for each copyrighted work infringed, or for such other amount as may be deemed proper pursuant to 17 U.S.C. § 504(c);

4. For reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505;

5. For pre-judgment interest according to proof at trial; and

///
///
///
///
///
///
///

6. For such other and further relief as this Court deems just and proper.

Dated: October 23, 2025

Respectfully submitted,

**ALTVIEW LAW GROUP, LLP**

By: /s/ John Begakis
    JOHN M. BEGAKIS
    VERONICA H. HARTLING
    *Attorneys for Plaintiff*
    HYPHY MUSIC, INC., a California corporation

**EXHIBIT "A"**



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Keyword = los incomparables de tijuana
Search Results: Displaying 27 of 1000027 entries

previous | next

Labeled View



*Exitos nortenos / los Incomparables de Tijuana.*

**Relevance:** ▮▮▮▮▮
**Type of Work:** Sound Recording
**Registration Number / Date:** SR0000320027 / 2002-10-21
**Title:** Exitos nortenos / los Incomparables de Tijuana.
**Imprint:** c2002.
**Publisher Number:** Cadena Musical/Sony Discos CDK-84786
**Description:** Compact disc.
**Copyright Claimant:** © ℗ Cadena Musical
**Date of Creation:** 2002
**Date of Publication:** 2002-01-15
**Authorship on Application:** compilation of sound recordings & artwork: Cadena Musical, employer for hire.
**Previous Registration:** Preexisting material: sound recordings from various sources.
**Basis of Claim:** New Matter: compilation.
**Names:** Incomparables de Tijuana
Cadena Musical

previous | next

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:                                Email |

Help  Search  History  Titles  Start Over

HYPHY000005

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

HYPHY000006



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Keyword = los incomparables de tijuana exitos de oro vol 11
Search Results: Displaying 1 of 100001 entries

previous | next

Labeled View

*Exitos de oro / los Incomparables de Tijuana.*

**Relevance:** 
**Type of Work:** Sound Recording
**Registration Number / Date:** SR0000251671 / 1998-04-22
**Title:** Exitos de oro / los Incomparables de Tijuana.
**Imprint:** c1998.
**Publisher Number:** EMI Latin H2 7243 4 93177 2 7
**Description:** Compact disc.
**Notes:** Collection.
**Copyright Claimant:** ℗ EMI Latin, a division of Capitol Records, Inc.
**Date of Creation:** 1998
**Date of Publication:** 1998-03-12
**Authorship on Application:** Cadena Musical, SA de CV, employer for hire.
**Basis of Claim:** New Matter: compilation of prev. pub. recordings.
**Names:** Incomparables de Tijuana
EMI Latin
Capitol Records, Inc. EMI Latin
Cadena Musical, SA de CV

previous | next

| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▼   Format for Print/Save |
| Enter your email address:   Email |

HYPHY000008